

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 10, 2026

**BY ECF**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    *United States v. Kenneth Jurado Aguilar*, 25 Cr. 522 (NRB)

Dear Judge Buchwald:

The Government submits this letter with the consent of defense counsel for Kenneth Jurado Aguilar, to respectfully request an approximately 45-day adjournment of the conference currently scheduled for March 17, 2026, in the above-captioned matter. Since the last conference, the Government has made several discovery productions and anticipates substantially completing Rule 16(a) discovery shortly. An adjournment of the March 17 conference would, in particular, allow time for the defense to review the forthcoming materials and for the parties to discuss a potential pretrial resolution. Specifically, the parties request that the Court adjourn the conference until the week of May 4, 2026.

In addition, the Government respectfully requests, with the consent of the defense, that the time between March 17, 2026, and the date of the adjourned conference, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow additional time for the defense to review discovery and the parties to discuss the possible resolution of this case.

Application granted.  The Court will adjourn the conference 44 days to April 30, 2026 11:00 A.M.  Speedy trial time is excluded.
**So ordered.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        March 11, 2026

        cc:    Counsel of Record (by ECF)

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    _____
       Varun A. Gumaste
       Assistant United States Attorney
       (212) 637-1023