Case 1:25-cr-00522-NRB Document 59 Filed 07/14/26 Page 1 of 1

Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 13, 2026

**BY ECF**

Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

ENDORSEMENT
Application granted. The conference is adjourned until September 8, 2026 at 11am Speedy trial time excluded. 18 U.S.C. §3161(h)(7)(A).
Naomi Reice Buchwald, USDJ
7/14/26

**Re: *United States v. Kenneth Jurado Aguilar*, 25 Cr. 522 (NRB)**

Dear Judge Buchwald,

I write on behalf of the parties[1] in advance of the status conference scheduled for July 23, 2026, at 11:00 am. The parties respectfully request adjournment of the status conference by approximately 45 days. Since the last adjournment, the parties have continued to make progress in plea negotiations that may obviate the need for trial and pretrial litigation in this matter. This is the fifth request for adjournment in this case.

If the Court grants this request, the parties submit that the Court should exclude the time until the next conference under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), in the interest of justice.

Respectfully submitted,

/s/ *Joy Chen*
Joy Chen
Assistant Federal Defender
Counsel for Kenneth Jurado Aguilar
917-842-5074

CC: AUSA Varun Gumaste

[1] This request is submitted in Mr. Jurado-Aguilar's case alone.